Case 4:22-cr-00044-AWA-DEM Document 1 Filed 05/10/22 Page 1 of 12 PageID# 1



FILED IN OPEN COURT
MAY 10 2022
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) CRIMINAL NO. 4:22-cr-44 |
| v. | ) |
|  | ) |
| DARTANGUIA ANTONIOUS LEE | ) 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2 |
| a/k/a "Dartanguia Snoop" | ) Make a False Statement |
| a/k/a "Dartaguia Antonious Lee" | ) During Purchase of Firearm |
| a/k/a "Dartaguia Antonius Lee" | ) (Counts 1 - 19) |
| a/k/a "Dartaguia Antonio Lee" | ) |
| a/k/a "Dartaguia Snookie" | ) 18 U.S.C. §§ 924(a)(1)(A) and 2 |
| a/k/a "Antonius Lee Dartaguia" | ) Make a False Statement with Respect to |
| a/k/a "Dartaquia Antonuous Lee" | ) Information Required To Be Kept By a |
| a/k/a "Dartagnan Antious Lee" | ) Licensed Firearms Dealer |
| a/k/a "Dartigan Lee" | ) (Counts 20 - 33) |
| a/k/a "Donte Antonius Lee" | ) |
| a/k/a "Donte Lee" | ) 18 U.S.C. §§ 922(g)(1) and 924(e)(1) |
| a/k/a "Dante Lee" | ) Felon in Possession of Firearm |
| a/k/a "Dionte Antonius Delbridge" | ) (Counts 34 - 36) |
| a/k/a "Snookie" | ) |
| a/k/a "Snoop" | ) |
| a/k/a "Bully," | ) 18 U.S.C. § 924(d) |
|  | ) Criminal Forfeiture |
| Defendant. | ) |

## INDICTMENT

*May 2022 Term - at Newport News, Virginia*

GENERAL ALLEGATIONS

1.    Beginning in or about December 2019, and continuing until in or about March 2020, in the Eastern District of Virginia, the defendant, DARTANGUIA ANTONIOUS LEE and others known to the grand jury purchased nineteen (19) firearms from four (4) licensed dealers of firearms.

2. The defendant, DARTANGUIA ANTONIOUS LEE, a prior convicted felon, could not lawfully purchase the nineteen (19) firearms due to his prohibited status.

3. The defendant, DARTANGUIA ANTONIOUS LEE, funded the purchase of the nineteen (19) firearms by giving money to others known to the grand jury to purchase the firearms LEE requested.

4. Licensed dealers of firearms are required by federal law to transfer firearms only to the actual transferee/buyer. Licensed dealers of firearms may not lawfully transfer firearms to anyone other than the actual transferee/buyer.

5. Licensed dealers of firearms are also required by federal law to keep and maintain certain records. Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473s, Firearms Transaction Records, are an example of one such record required to be kept and maintained by licensed dealers of firearms for all firearms transactions.

6. In order to purchase the nineteen (19) firearms referenced above for the actual transferee/buyer to wit, the defendant, DARTANGUIA ANTONIOUS LEE, others known to the grand jury knowingly made false and fictitious statements to the dealers to obtain the firearms for defendant.

7. The false and fictitious statements were intended and likely to deceive the licensed dealers of firearms as to facts material to the lawfulness of the sale.

8. The false and fictitious statements caused the licensed dealers of firearms to violate their record keeping obligations under federal law.

## COUNTS ONE THROUGH NINETEEN

(Make a False Statement During Purchase of Firearm)

THE GRAND JURY CHARGES THAT:

1. The factual allegations set forth in the General Allegations are incorporated herein as if set out in full.

2. On or about the dates hereinafter set forth, in the Eastern District of Virginia, the defendant, DARTANGUIA ANTONIOUS LEE and others known to the grand jury, in connection with the acquisition of firearms hereinafter set forth below, from licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code hereinafter set forth below, knowingly made false and fictitious oral and written statements to the licensed dealers of firearms, which statements were intended and likely to deceive the licensed dealers of firearms as to a fact material to the lawfulness of such sale of the firearms to the defendant under Chapter 44 of Title 18, in that others known to the grand jury represented to be the actual transferee/buyer of the firearms when, in fact, others then knew, defendant DARTANGUIA ANTONIOUS LEE was the actual transferee/buyer of the firearms:

| Count | Date (on or about) | Name of FFL | Firearm Transferred |
|---|---|---|---|
| 1 | January 8, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | Cobra, Model Patriot, 45 caliber S/N: M006519 |
| 2 | January 13, 2020 | VA Gold Buyers 3916 Portsmouth, Blvd. Chesapeake, Virginia | EAA, Model EA 380, 380 caliber S/N: AE50336 |
| 3 | February 13, 2020 | D&R Arms 3020 Tyre Neck Road Portsmouth, Virginia | SCCY Industries, Model CPX-2, 9mm S/N: 789584 |
| 4 | January 18, 2020 | VA Gold Buyers 3916 Portsmouth, Blvd. Chesapeake, Virginia | Taurus, Model G2C, 9mm S/N: AAM092169 |
| 5 | January 21, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | Smith & Wesson Model SW9VE, 9mm S/N: DVS4333 |
| 6 | January 31, 2020 | VA Gold Buyers 3916 Portsmouth, Blvd. Chesapeake, Virginia | Taurus, Model G2C, 9mm S/N: AAL073910 |
| 7 | February 4, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | Taurus, Model G2S, 40 caliber S/N: SMD46236 |
| 8 | February 7, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | Smith & Wesson, Model SD9VE, 9mm S/N: FBH3333 |
| 9 | February 7, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | HiPoint, Model C9, 9mm S/N: P1532409 |
| 10 | February 7, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | SCCY Industries, Model CPX-1, 9mm S/N: 760117 |
| 11 | February 9, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | Lorcin, Model L25, 25 caliber S/N: 224303 |
| 12 | February 9, 2020 | VA Gold Buyers 3916 Portsmouth, Blvd. Chesapeake, Virginia | Taurus, Model G2C, 9mm S/N: TMW72641 |

| Count | Date (on or about) | Name of FFL | Firearm Transferred |
|---|---|---|---|
| 13 | February 9, 2020 | VA Gold Buyers 3916 Portsmouth, Blvd. Chesapeake, Virginia | Taurus, Model G2C, 9mm S/N: TMW75562 |
| 14 | February 17, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | Bersa, Model Thunder 380, 380 caliber S/N: G39461 |
| 15 | February 17, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | Kahr Arms, Model CT9, 9mm S/N: BAA7190 |
| 16 | February 21, 2020 | D&R Arms 3020 Tyre Neck Road Portsmouth, Virginia | SCCY Industries, Model CPX-2, 9mm S/N: 789582 |
| 17 | February 21, 2020 | D&R Arms 3020 Tyre Neck Road Portsmouth, Virginia | SCCY Industries, Model CPX-2, 9mm S/N: 778996 |
| 18 | February 28, 2020 | Chesapeake Pawn & Gun 3300 S. Military Hwy. Chesapeake, Virginia | SCCY Industries, Model CPX-1, 9mm S/N: 850195 |
| 19 | March 2, 2020 | Chesapeake Pawn & Gun 3300 S. Military Hwy. Chesapeake, Virginia | Taurus, Model G2C, 9mm S/N: TMS51726 |

(In violation of Title 18 United States Code, Sections 922(a)(6); 924(a)(2); and 2).

## COUNTS TWENTY THROUGH THIRTY-THREE

(Make a False Statement with Respect to Information Required
To Be Kept By a Licensed Firearms Dealer)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations set forth in the General Allegations are incorporated herein as if set out in full.

2. On or about the dates hereinafter set forth, in the Eastern District of Virginia, the defendant, DARTANGUIA ANTONIOUS LEE and others known to the grand jury, knowingly made false statements and representations to the licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, hereinafter set forth below, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of a licensed dealer of firearms, in that others known to the grand jury, did execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473s, Firearms Transaction Records, to the effect that others were the actual transferee/buyer of the firearms hereinafter set forth below indicated on the Form 4473s, when in fact others then knew, defendant DARTANGUIA ANTONIOUS LEE was the actual transferee/buyer of the firearms hereinafter set forth below:

| Count | Date (on or about) | Name of FFL | Firearm Transferred |
|---|---|---|---|
| 20 | January 8, 2020 | Cash Money Pawn<br>5015 Portsmouth Blvd.<br>Portsmouth, Virginia | Cobra, Model Patriot, 45 caliber<br>S/N: M006519 |
| 21 | January 13, 2020 | VA Gold Buyers<br>3916 Portsmouth, Blvd.<br>Chesapeake, Virginia | EAA, Model EA 380,<br>380 caliber<br>S/N: AE50336 |
| 22 | February 13, 2020 | D&R Arms<br>3020 Tyre Neck Road<br>Portsmouth, Virginia | SCCY Industries, Model CPX-2,<br>9mm<br>S/N: 789584 |
| 23 | January 18, 2020 | VA Gold Buyers<br>3916 Portsmouth, Blvd.<br>Chesapeake, Virginia | Taurus, Model G2C, 9mm<br>S/N: AAM092169 |
| 24 | January 21, 2020 | Cash Money Pawn<br>5015 Portsmouth Blvd.<br>Portsmouth, Virginia | Smith & Wesson<br>Model SW9VE, 9mm<br>S/N: DVS4333 |
| 25 | January 31, 2020 | VA Gold Buyers<br>3916 Portsmouth, Blvd.<br>Chesapeake, Virginia | Taurus, Model G2C, 9mm<br>S/N: AAL073910 |
| 26 | February 4, 2020 | Cash Money Pawn<br>5015 Portsmouth Blvd.<br>Portsmouth, Virginia | Taurus, Model G2S, 40 caliber<br>S/N: SMD46236 |
| 27 | February 7, 2020 | Cash Money Pawn<br>5015 Portsmouth Blvd.<br>Portsmouth, Virginia | Smith & Wesson, Model SD9VE,<br>9mm<br>S/N: FBH3333 |
| 27 | February 7, 2020 | Cash Money Pawn<br>5015 Portsmouth Blvd.<br>Portsmouth, Virginia | HiPoint, Model C9, 9mm<br>S/N: P1532409 |
| 27 | February 7, 2020 | Cash Money Pawn<br>5015 Portsmouth Blvd.<br>Portsmouth, Virginia | SCCY Industries, Model CPX-1,<br>9mm<br>S/N: 760117 |
| 28 | February 9, 2020 | Cash Money Pawn<br>5015 Portsmouth Blvd.<br>Portsmouth, Virginia | Lorcin, Model L25, 25 caliber<br>S/N: 224303 |

| Count | Date (on or about) | Name of FFL | Firearm Transferred |
|---|---|---|---|
| 29 | February 9, 2020 | VA Gold Buyers 3916 Portsmouth, Blvd. Chesapeake, Virginia | Taurus, Model G2C, 9mm S/N: TMW72641 |
| | February 9, 2020 | VA Gold Buyers 3916 Portsmouth, Blvd. Chesapeake, Virginia | Taurus, Model G2C, 9mm S/N: TMW75562 |
| 30 | February 17, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | Bersa, Model Thunder 380, 380 caliber S/N: G39461 |
| | February 17, 2020 | Cash Money Pawn 5015 Portsmouth Blvd. Portsmouth, Virginia | Kahr Arms, Model CT9, 9mm S/N: BAA7190 |
| 31 | February 21, 2020 | D&R Arms 3020 Tyre Neck Road Portsmouth, Virginia | SCCY Industries, Model CPX-2, 9mm S/N: 789582 |
| | February 21, 2020 | D&R Arms 3020 Tyre Neck Road Portsmouth, Virginia | SCCY Industries, Model CPX-2, 9mm S/N: 778996 |
| 32 | February 28, 2020 | Chesapeake Pawn & Gun 3300 S. Military Hwy. Chesapeake, Virginia | SCCY Industries, Model CPX-1, 9mm S/N: 850195 |
| 33 | March 2, 2020 | Chesapeake Pawn & Gun 3300 S. Military Hwy. Chesapeake, Virginia | Taurus, Model G2C, 9mm S/N: TMS51726 |

(In violation of Title 18 United States Code, Sections 924(a)(1)(A) and 2).

## COUNT THIRTY-FOUR

(Felon in Possession of Firearm)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 28, 2020, in the Eastern District of Virginia, the defendant, DARTANGUIA ANTONIOUS LEE, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a SCCY Industries, Model CPX-1, 9mm semiautomatic handgun, S/N: 850195, which had been in and effected interstate and foreign commerce.

(In violation of Title 18 United States Code, Sections 922(g)(1) and 924(e)(1)).

## COUNT THIRTY-FIVE

(Felon in Possession of Firearm)

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 3, 2020, in the Eastern District of Virginia, the defendant, DARTANGUIA ANTONIOUS LEE, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a Taurus, Model G2C, 9mm semiautomatic handgun, S/N: TMS51726, which had been in and effected interstate and foreign commerce.

(In violation of Title 18 United States Code, Sections 922(g)(1) and 924(e)(1)).

## COUNT THIRTY-SIX

(Felon in Possession of Firearm)

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 21, 2020, in the Eastern District of Virginia, the defendant, DARTANGUIA ANTONIOUS LEE, having knowingly been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a SCCY Industries, Model CPX-2, 9mm semiautomatic handgun, S/N: 789582, which had been in and effected interstate and foreign commerce.

(In violation of Title 18 United States Code, Sections 922(g)(1) and 924(e)(1)).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in this indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3. The property subject to forfeiture includes, but is not limited to a:

   - Cobra, Model Patriot, 45 caliber, S/N: M006519
   - EAA, Model EA 380, 380 caliber, S/N: AE50336
   - SCCY Industries, Model CPX-2, 9mm, S/N: 789584
   - Taurus, Model G2C, 9mm, S/N: AAM092169
   - Smith & Wesson, Model SW9VE, 9mm, S/N: DVS4333
   - Taurus, Model G2C, 9mm, S/N: AAL073910
   - Taurus, Model G2S, 40 caliber, S/N: SMD46236
   - Smith & Wesson, Model SD9VE, 9mm, S/N: FBH3333
   - HiPoint, Model C9, 9mm, S/N: P1532409
   - SCCY Industries, Model CPX-1, 9mm, S/N: 760117
   - Lorcin, Model L25, 25 caliber, S/N: 224303
   - Taurus, Model G2C, 9mm, S/N: TMW7264
   - Taurus, Model G2C, 9mm, S/N: TMW75562
   - Bersa, Model Thunder 380, 380 caliber, S/N: G39461
   - Kahr Arms, Model CT9, 9mm, S/N: BAA7190
   - SCCY Industries, Model CPX-2, 9mm, S/N: 789582
   - SCCY Industries, Model CPX-2, 9mm, S/N: 778996
   - SCCY Industries, Model CPX-1, 9mm, S/N: 850195
   - Taurus, Model G2C, 9mm, S/N: TMS51726

(In accordance with Title 18, United States Code, Section 924(d)(1) and
Title 28, United States Code, Section 2461(c)).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

*United States v. Dartanguia Antonious Lee*
Criminal No. 4:22-cr-44

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Peter Osyf
Assistant United States Attorney
United States Attorneys' Office
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Peter.Osyf@usdoj.gov