ORIGINAL

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 4:22cr44 |
| DARTANGUIA A. LEE | ) |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: |
|---|---|
| | Date and Time: 09/06/2023 10:00 A.M. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 08/22/2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who requests this subpoena, are:

Peter G. Osyf
Assistant United States Attorney
United States Attorney's Office
721 Lakefront Commons, Suite 300
Fountain Plaza Three
Newport News, Virginia 23606
757-591-4000

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:22cr44

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:22cr44 |
| DARTANGUIA A. LEE | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: |
|---|---|
| | Date and Time: 09/06/2023 10:00 A.M. |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date: 08/22/2023

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____, who requests this subpoena, are:

Peter G. Osyf
Assistant United States Attorney
United States Attorney's Office
721 Lakefront Commons, Suite 300
Fountain Plaza Three
Newport News, Virginia 23606
757-591-4000

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:22cr44

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

## NOTICE TO FACT WITNESSES - READ UPON RECEIPT OF SUBPOENA

You have been subpoenaed by the United States Government to testify in Federal District Court in Norfolk or Newport News, Virginia. The following information is provided for your convenience.

**WHEN ENTERING THE COURT, PLEASE REMEMBER TO BRING YOUR PICTURE ID. THERE ARE NO CELL PHONES, PAGERS, LAPTOPS, OR ANY ELECTRIC DEVICES ALLOWED IN THE COURTHOUSE.**

**Out-of-State Witnesses:** The Government will pay your travel expenses as follows. All travel arrangements must be made with Ms. Darcel Sessoms, Victim/Witness Specialist, at 1-800-221-6523, ext. 3352, or (757) 441-6331, ext. 3352, who will provide you with an itinerary, confirmation numbers, etc.

> **Air Fare:** Travelers will travel via regular coach fare only. If you do not wish to travel via airplane, you may elect to travel using other options (i.e. train, private vehicle) with time permitting. Please note, if you chose to travel via private vehicle, you are entitled to reimbursement up to the cost of the lowest government contracted air fare from your place of origin. If the cost is lower than a round-trip airline ticket, you will only be reimbursed for the mileage from your home to your destination at the rate of $0.54 cents a mile. Mileage reimbursement exceeding $250.00 must be preapproved. (This option must be prearranged.)
>
> **Hotel:** All hotel arrangements must be made by the United States Attorney's Office. The room will be direct billed to the United States Attorney's Office. If hotel accommodations are needed, arrangements can be made by calling Ms. Sessoms at the number listed-above. *You will be responsible for excess costs and additional expenses of personal preference, including restaurant charges, movie rental fees, and phone calls. The charges for these services must be settled with the hotel prior to departure.* If you stay with family/friends you will not be funded for a hotel.
>
> **Meals:** You will be reimbursed for meals only if you are required to remain away from home overnight. **Newport New Witnesses:** The maximum meal allowance is $25.50 for each travel day and $51.00 for additional days away from home. **Norfolk Witnesses:** The maximum meal allowance is $25.50 for each travel day and $51.00 for additional days away from home. **Receipts are not required for meals.**
>
> **Taxi/Airport Limo:** You will be reimbursed for the most economical ground transportation to/from the airport/hotel. A receipt is required. If you drive to your home airport, reimbursement will be at $0.54 cents per mile and for parking at the airport (with a receipt). Rental cars are not reimbursable except in unique circumstances and with preapproval.
>
> **Parking/Tolls:** Parking and toll costs will be reimbursed only with receipts. Additionally, you are responsible for payment of any parking citations which will not be reimbursed. *If you are needed in Norfolk, it is recommended that you park at the SCOPE parking garage in lieu of metered parking as parking attendants are very strict.*
>
> **Witness Fees:** Pursuant to federal statute, all witnesses receive $40.00 for each day that their appearance is required, including travel days.

**Local Witnesses:** Pursuant to federal statute, you will receive a witness fee and reimbursements for mileage, parking and tolls (if a loss is incurred).

**All Witnesses:** After you have testified, you must complete a Fact Witness Voucher and attach original receipts. The U.S. Attorney's Office will review and forward the voucher to the U.S. Marshals Service in Richmond for payment. **The U.S. Marshals Service will mail your reimbursement check approximately six weeks after the voucher has been processed.**

On the business day prior to leaving for travel to court, please contact the U.S. Attorney's Office between the hours of 8:30 a.m. and 5:00 p.m. to make sure your appearance is still required. The phone number is 1-800-221-6523 or (757) 441-6331.

Revised 10/03/2016