# Memorandum

**Eastern District of Virginia**
**United States Attorney's Office**



| Subject | Date |
|---|---|
| Request for Blank Subpoenas | August 22, 2023 |

| To | From |
|---|---|
| Fernando Galindo<br>Clerk, U.S. District Court<br>EDVA, Norfolk/Newport News, Virginia | Peter G. Osyf<br>AUSA |

Please issue 15 blank subpoenas for September 6, 2023, at 10:00 A.M., in Norfolk, in the case of *United States vs.* Dartanguia A. Lee, 4:22cr44.

Thank you.