IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   Crim. No.  4:22-cr-44 |
| DARTANGUIA ANTONIOUS LEE, | ) |
| | ) |
| Defendant. | ) |

<u>UNITED STATES' MOTION TO GRANT AN ADDITIONAL ONE-LEVEL
REDUCTION IN THE OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY</u>

The United States of America, by its attorney, Peter G. Osyf, Assistant United States Attorney, moves this Court pursuant to U.S.S.G. § 3E1.1(b) to grant an additional one-level reduction in the offense level for acceptance of responsibility, in the event that the Court determines the defendant has accepted responsibility. The government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying the United States of the defendant's intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the court to allocate their resources efficiently.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:     /s/_____
Peter G. Osyf
Assistant United States Attorney
Virginia State Bar No. 86597
Attorney for the United States
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
peter.osyf@usdoj.gov

Certificate of Service

      I certify that on June 28, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system who will send notification of such filing (NEF) to all counsel of record.

By:    _____/s/_____
        Peter G. Osyf
        Assistant United States Attorney
        Virginia State Bar No. 86597
        Attorney for the United States
        United States Attorney's Office
        One City Center
        11815 Fountain Way, Suite 200
        Newport News, Virginia 23606
        (757) 591-4000 Office
        (757) 591-0866 Fax
        peter.osyf@usdoj.gov