9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

# SENTENCING MINUTES

Set:  9:00 a.m.  
Started: 9:00 a.m.  
Ended: 10:50 a.m.

Date: June 28, 2024  
Judge: Arenda Wright Allen  
Court Reporter: Michelle Maar  
U.S. Attorney: Peter Osyf  
Defense Counsel: Fernando Groene  
Courtroom Deputy: Lorraine Howard  
Probation Officer: Joshua Coleman

Case No.   4:22cr44  
Defendant:   Dartanguia Antonious Lee            (X) in custody  ( ) on bond

__X__ Came on for disposition.    __X__ Defendant sworn.    ____ Interpreter sworn

__X__ Court finds the defendant GUILTY as to Counts  19, 33 and 35  after a plea before a USMJ.

__X__ Govt            ____ motion for downward departure.

                        __X__ motion for acceptance of responsibility.

                        __X__ Granted.  ____ Denied.

__X__ Presentence Report reviewed.    __X__ Objection heard and ruling made.

__X__ Court adopts PSR for the purpose of establishing the advisory guidelines.

____ Evidence presented. (Witnesses and exhibits listed on last page)

__X__ Arguments of counsel heard.  __X__ Statement of defendant heard.

## IMPRISONMENT:

SENTENCE: Counts  19, 33 and 35 : The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of  204  months. The term consists of  120  months on count  19 , a term of  60  months on count  33  and a term of  204  months on count  35 , all to be served concurrently.

__X__ The defendant is remanded to the custody of the U.S. Marshal.

____ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

____ If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

____ If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____, to begin service of the sentence.

## PROBATION:

____ The defendant shall be placed on probation for a term of ___ yea

SUPERVISED RELEASE:

__X__   Upon release from imprisonment, the defendant shall be on supervised release for a term of __5__ years. This term consists of __3__ years on count __19__, a term of __3__ years on count __33__, and a term of __5__ years on count __35__, all to run concurrently.

___   The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

___   The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of commencement on supervised release and at least two periodic drug test thereafter, as directed by the probation officer.

___   As reflected in the presentence report, the defendant presents a low risk of future substance abuse and therefore, the court hereby suspends the mandatory condition for substance abuse testing as defined by 18 USC 3563 (a)(5). However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

___   It shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## Special Conditions of Supervised Release/Probation:

_X_  The defendant shall participate in a program approved by the United States probation office for substance abuse treatment as directed by the probation officer. The cost of this program is to be paid by the defendant as directed by the probation officer.

_X_   The defendant shall not have any contact with any known gang members.

_X_   The defendant shall participate in a program approved by the United States probation office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.

## FINANCIAL PENALTIES

### SPECIAL ASSESSMENT:

__X__ As to count __19__, the defendant shall pay a special assessment in the amount of __$100.00__.

__X__ As to count __33__, the defendant shall pay a special assessment in the amount of __$100.00__.

__X__ As to count __35__, the defendant shall pay a special assessment in the amount of __$100.00__.

____ As to count ____, the defendant shall pay a special assessment in the amount of ____.

The total special assessment due is __$300.00__ and shall be due in full immediately.

### FINE:
__X__ No fine imposed
____ Court finds defendant is unable to pay fine.

____ The defendant shall pay a fine in the amount of $_____.

### RESTITUTION:

__X__ No restitution imposed.

____ The defendant shall make restitution in the amount of $_____.

____ Restitution Judgment Order, entered and filed in open court.

### SCHEDULE OF PAYMENTS:

____ Interest will not accrue if the special assessment/fine/restitution is paid in accordance with the schedule, or any modified schedule, set by this court.

__X__ The special assessment shall be due in full immediately. If the special assessment is not paid immediately, any balance remaining unpaid on the special assessment at the inception of supervision, shall be paid by the defendant in installments of not less than $ __50.00__ per month, until paid in full. Said payments shall commence __60__ days after defendant's supervision begins.

__X__ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment ordered and shall notify the court of any change that may need to be made to the payment schedule.

____ Each restitution payment shall be divided proportionately among the payees named.

____ Restitution shall be made jointly and severally with _____

__X__ Any special assessment payments may be subject to penalties for default and delinquency.

__X__ Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

__X__   Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

__X__   The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.

_____ The defendant notified of right of appeal.

__X__ Court noted that defendant waived right of appeal in plea agreement.

__X__   On motion of government, indictment and remaining counts of superseding indictment dismissed.

_____ The defendant is continued on present bond and cautioned re bail jumping.

__X__   Court recommends incarceration at

        __X__   the facility in Butner, North Carolina or a facility in West Virginia.
        __X__   a facility with a Residential Drug Abuse Program (RDAP) when and if defendant qualifies.

        __X__   a facility that will provide a mental health evaluation, diagnosis and treatment as needed.

        __X__   a facility that will provide anger management treatment.

        __X__   a facility that will provide any UNICOR program.

        __X__   a facility that will provide any Commercial Driver's License (CDL) program.

__X__   Consent Order of Forfeiture forthcoming.

Additional Counts/Comments:

_____

_____

_____

_____

_____